# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| ALEXANDER IVAKHIN,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN/FACILITY ADMINISTRATOR OF IRWIN COUNTY DETENTION CENTER, in official capacity, KRISTEN SULLIVAN, Field Office Director, Atlanta Field Office, Enforcement and Removal Operations, Immigration and Customs Enforcement, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, TODD BLANCHE, Acting U.S. Attorney General, DAREN MARGOLIN, Director, Executive Office for Immigration Review,<br><br>    Respondents. | Case No. 7:26-cv-156-WLS-CHW |

## PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to rule 41(A)(1)(A)(I) of the Federal Rules of Civil Procedure,

Petitioner hereby gives notice of voluntary dismissal of the Petition for Writ of

Habeas Corpus filed in this action.

1

Respondents provided the relief ordered by the court. Specifically, pursuant to the Court's Order, Petitioner received the individualized bond hearing directed by the Court. Because the relief sought in the Petition has been afforded, no live controversy remains before the Court.

Accordingly, Petitioner voluntarily dismisses this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without prejudice.


Respectfully Submitted,
This _1ˢᵗ   day of July, 2026.


Rachel Effron Sharma
DreamPath Law, LLC
5425 Peachtree Parkway NW
Norcross, GA 30092
rachel@dreampathlaw.com
Tel: (470) 273-3444


SO ORDERED this 2nd day of July, 2026.

W. Louis Sands, Sr. Judge
United States District Court

2